UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

MARITZ HOLDINGS INC. and )
MARITZ MOTIVATION INC.,     , )
)
               Plaintiff, )
)
     v. ) Case No.
DREW CARTER, CHRIS DORNFELD, JESSE )
WOLFERSBERGER, LAUREL NEWMAN, ANDREW )
HRDLICKA, BEN VALENTI, DANIEL CONWELL,     , )
and WHISTLE SYSTEMS, LLC., )
               Defendant, )
)

**ORIGINAL FILING FORM**

**THIS FORM MUST BE COMPLETED AND VERIFIED BY THE FILING PARTY WHEN INITIATING A NEW CASE.**

☐ THIS SAME CAUSE, OR A SUBSTANTIALLY EQUIVALENT COMPLAINT, WAS PREVIOUSLY FILED IN THIS COURT AS CASE NUMBER _____ AND ASSIGNED TO THE HONORABLE JUDGE _____.

☐ THIS CAUSE IS RELATED, BUT IS NOT SUBSTANTIALLY EQUIVALENT TO ANY PREVIOUSLY FILED COMPLAINT.  THE RELATED CASE NUMBER IS _____ AND THAT CASE WAS ASSIGNED TO THE HONORABLE _____.  THIS CASE MAY, THEREFORE, BE OPENED AS AN ORIGINAL PROCEEDING.

☒ NEITHER THIS SAME CAUSE, NOR A SUBSTANTIALLY EQUIVALENT COMPLAINT, HAS BEEN PREVIOUSLY FILED IN THIS COURT, AND THEREFORE MAY BE OPENED AS AN ORIGINAL PROCEEDING.

**The undersigned affirms that the information provided above is true and correct.**

Date: 04/15/2021                             /s/ Gregg M. Lemley
                                                                     Signature of Filing Party