# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

MARITZ HOLDINGS INC., and )
MARITZ MOTIVATION INC., )
)
        Plaintiffs, )
) Case No. _4:21-cv-438
v. ) _____
)
DREW CARTER, et al., )
)
        Defendants. )

## DISCLOSURE OF CORPORATE INTERESTS CERTIFICATE
## FOR MARITZ HOLDINGS INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 2.09, Defendant Maritz Holdings Inc. hereby discloses the following corporate interests:

1. The parent companies of Maritz Holdings Inc.:

    **None.**

2. Subsidiaries not wholly owned by Maritz Holdings Inc.:

    **Quality Reward Travel, L.L.C.**

3. Any publicly held company that owns ten percent (10%) or more of Maritz Holdings Inc.:

    **None.**

Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*/s/ Gregg M. Lemley*
Gregg M. Lemley, MO #44464
Daniel P. O'Meara, PA #53535
      (pending admission *pro hac vice*)
Justin A. Allen, IN #3120449
      (pending admission *pro hac vice*)
Bradley W. Tharpe, MO #71203
7700 Bonhomme Ave, Suite 650
St. Louis, MO 63105
Tel: (314) 802-3935
Fax: (314) 802-3936
gregg.lemley@ogletree.com
dan.omeara@ogletree.com
justin.allen@ogletree.com
brad.tharpe@ogletree.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2021, the foregoing was filed through the Court's ECF/CM system which made service on all registered participants.

*/s/ Gregg M. Lemley*_____

*Attorney for Plaintiffs*

46732792.1