# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MARITZ HOLDINGS INC. and<br>MARITZ MOTIVATION INC., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 4:21-cv-00438 |
| DREW CARTER, et al., | )<br>) |
| Defendants. | ) |

### [PROPOSED] ORDER GRANTING
### MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

This matter is before the Court on the Plaintiffs' Motion for Leave to File Second Amended Complaint. The Court, being duly advised, now GRANTS Maritz leave to file the amended pleading.

The Court hereby finds that the interests of justice support granting leave to file Plaintiff's Second Amended Complaint. The Court also finds that no undue delay nor any unfair prejudice will result from such amendment. The Court further finds that Plaintiff's proposed Second Amended Complaint is not made in bad faith nor are the amendments therein futile.

Maritz shall file the Second Amended Complaint within three (3) days following the entry of this Order.

SO ORDERED.

_____        _____
Date                                                         Judge, United States District Court for the
                                                                  Eastern District of Missouri

Distribution to all counsel of record.