# **Exhibit 27**



Andrew Hrdlicka-Volume II

July 12, 2021

Maritz Holdings Inc. and Maritz Motivation Inc

vs.

Drew Carter, et al.

## Page 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MARITZ HOLDINGS INC. and )
MARITZ MOTIVATION INC., )
                         )
        Plaintiffs,      )
                         )
   vs.            ) No. 4:21-cv-00438
                         )
DREW CARTER, et al.,     )
                         )
        Defendants.      )

DEPOSITION OF ANDREW HRDLICKA
VOLUME II
VIA ZOOM

Taken on behalf of Plaintiffs
July 12, 2021

Kathy Heeb, CCR #1361

PohlmanUSA Court Reporting (877) 421-0099

## Page 2

```
 1            INDEX OF EXAMINATION
 2      QUESTIONS BY MR. ALLEN. . . . . . . . . . . . 4
 3
 4
 5
 6             INDEX OF EXHIBITS
 7   NUMBER      DESCRIPTION              PAGE
 8
 9         (NO EXHIBITS MARKED.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 3

```
 1        IN THE UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF MISSOURI
 2                EASTERN DIVISION
 3
   MARITZ HOLDINGS INC. and   )
 4 MARITZ MOTIVATION INC.,    )
                              )
 5       Plaintiffs,           )
                              )
 6   vs.            ) No. 4:21-cv-00438
                              )
 7 DREW CARTER, et al.,        )
                              )
 8       Defendants.           )
 9
10        DEPOSITION OF ANDREW HRDLICKA, produced,
   sworn, and examined on behalf of Plaintiffs, July 12,
11 2021, commencing at 10:32 a.m. and concluding at 10:49
   a.m., via Zoom, before Kathy Heeb, a Certified
12 Shorthand Reporter for the State of Missouri.
13             REMOTE APPEARANCES
14 For Plaintiffs:
15     Ogletree, Deakins, Nash, Smoak & Stewart,
       P.C.
16     By:  Justin Allen, Esq.
       7700 Bonhomme Avenue, Suite 650
17     St. Louis, MO 63105
18 For Defendants:
19     Horwood Marcus & Berk
       By:  Richard Z. Wolf, Esq.
20     500 West Madison, Suite 3700
       Chicago, IL 60661
21
22
23
24
25
```

## Page 4

```
 1         IT IS HEREBY STIPULATED AND AGREED by and
 2 between Counsel for the Plaintiff and Counsel for the
 3 Defendants, that this deposition may be taken in
 4 shorthand by Kathy Heeb, a Certified Shorthand
 5 Reporter, and afterwards transcribed into typewriting,
 6 and the signature of the witness is reserved by
 7 agreement of counsel and the witness.
 8                    O-O-O
 9             ANDREW HRDLICKA,
10        having been first duly sworn, was
11        examined and testified as follows:
12              * * * * * * * * * * * *
13                 EXAMINATION
14 BY MR. ALLEN:
15    Q.  Good morning, Mr. Hrdlicka.  I don't think
16 we met previously.  My name is Justin Allen.  I
17 represent Maritz in this case.  We are here for your
18 recall deposition.  We just have a couple of questions
19 we'd like to ask you based on some of the
20 investigation that's been going on in the case and
21 some documents that we received over the last week or
22 two.
23         Do you understand that the -- there is a
24 forensic neutral investigator in this case who has
25 been responsible for pulling documents and files off
```

EXAMINATION BY MR. ALLEN

**Page 5**

1. of your devices and accounts?
2. A. Yes.
3. Q. Okay. And in the process of that
4. investigation, we recently learned of the existence of
5. a folder by the name of Best of Atlas. Are you
6. familiar with that folder?
7. A. Yes.
8. Q. And what is that folder?
9. A. It's a folder of Maritz's documents that
10. are mostly presentations and the schema models that
11. were, I think, part of my -- that were part of my
12. Dropbox.
13. Q. Okay. So this is a folder that's been
14. saved in your Dropbox cloud storage account, is that
15. correct?
16. A. Yes.
17. Q. And you said that it contains -- you said
18. PowerPoints as well as schema models, is that correct?
19. A. Yes.
20. Q. I saw a number of files with names
21. including .avdl and .avsc. Are you familiar with
22. those types of files?
23. A. Yes.
24. Q. Are those the schema files that you just
25. referred to?

**Page 6**

1. A. Yes.
2. Q. What's the difference between an ADVL and
3. an AVSC?
4. A. So as best as I can recall, it is -- an
5. AVDL is a little bit more like readable, and an AVSC
6. is more -- I think it's referred to as being -- I
7. think it's compiled. So that's more of the, like --
8. what the -- you know, like actual, like, programming
9. and the -- you know, like, stuff that you use the
10. schema for would use those compiled files. And a
11. human would look at the AVDL file because it's a
12. little bit more easy to read.
13. Q. This Best of Atlas file, does anybody other
14. than you have access to it?
15. A. No.
16. Q. Has anyone else ever had access to it
17. besides you at any other time?
18. A. Not that I'm aware of.
19. Q. Okay. Did Ben Valenti or Daniel Conwell
20. add anything to the Best of Atlas file or folder?
21. A. Not that I'm aware of.
22. Q. Okay. So anything that is found in the
23. Best of Atlas file in your Dropbox account would have
24. been added by you, is that correct?
25. A. Yes.

**Page 7**

1. Q. And what was your purpose of collecting
2. these documents and adding them to the Best of Atlas
3. file, folder?
4. A. It was -- it was files that I worked on
5. while I was at Maritz that I felt like were some of
6. the -- the -- the, like, most important things that I
7. worked on. So I had a folder on my work laptop that
8. had -- that was named that. So I -- so I made that
9. folder because they were things that felt important at
10. the time.
11. Q. Were these things that you believe may have
12. future or potential value to you?
13. A. They could have potential value in some
14. potential way.
15. Q. Okay. And what do you mean by that?
16. A. It could be things like -- like a -- like
17. memories of presentation that I gave. Of good things.
18. Of something that could be helpful to review my
19. thinking at -- at a certain point in time.
20. Q. Setting aside the PowerPoints, what about
21. the ADVL and AVSC files, what kind of potential value
22. might those have had to you?
23. A. I mean, it's tough to speak about potential
24. value. But it's something that could potentially save
25. a little bit of time.

**Page 8**

1. Q. Okay.
2. Are you familiar with a product known as
3. the Whistle Incentive Management product?
4. A. Not by that name.
5. Q. Okay. Do you know of such a product by
6. another name?
7. A. I'm not sure what that -- what that is
8. referring to.
9. Q. Okay.
10. You've never heard of a product that goes
11. by the acronym WIM?
12. A. Not that I can recall. It -- I feel
13. like -- and to, like, at this point this is -- well,
14. that sounds like a name that Drew might have given
15. something. But I have never called anything by that
16. name. As best as I can remember.
17. Q. Okay.
18. Does Whistle have a product used for the
19. management of incentives programs?
20. A. What do you mean by the management of them?
21. Q. A program that incorporates things like
22. incentive program rules, recognitions, incentive
23. program operations, to manage those processes on
24. behalf of a client.
25. A. Okay. At this time Whistle does not have a

EXAMINATION BY MR. ALLEN

```
 1       So I would say that those are the two
 2  biggest priorities as best that I'm aware of, but I'm
 3  not in charge of the engineering roadmap.
 4       Q.  Who would be in charge of that, Ben
 5  Valenti?
 6       A.  Yes.
 7       Q.  Do you have a sense for what kind of
 8  priority or what kind of resources are being devoted
 9  to development of the incentives program at this time?
10       A.  No.
11       Q.  Have you been, since let's say April 1 of
12  2021, subject to any discipline at Whistle?
13       A.  I have not.
14       Q.  Has anyone had any discussions with you
15  about inappropriate behavior as relates to Maritz'
16  confidential information at Whistle?
17          MR. WOLF:  Object to the form.
18          Go ahead.  You can answer.
19       A.  So it's hard for me to answer because we --
20  we talk about the lawsuit all the time.  And I -- and
21  I can't, you know, like, differentiate exactly, you
22  know, like -- we are all named parties in the suit so
23  we're all kind of in it together.
24       Q.  (BY MR. ALLEN)  Has anyone in the
25  management of Whistle expressed any disappointment or
                                                      13
```

```
 1                 REPORTER CERTIFICATE
 2
 3       I, KATHY HEEB, a Certified Shorthand
 4  Reporter, do hereby certify that there came before me
 5  via Zoom,
 6               ANDREW HRDLICKA
 7  who was by me first duly sworn; that the witness was
 8  carefully examined, that said examination was reported
 9  by myself, translated and proofread using
10  computer-aided transcription, and the above transcript
11  of proceedings is a true and accurate transcript of my
12  notes as taken at the time of the examination of this
13  witness.
14          I further certify that I am neither
15  attorney nor counsel for nor related nor employed by
16  any of the parties to the action in which this
17  examination is taken; further, that I am not a
18  relative or employee of any attorney or counsel
19  employed by the parties hereto or financially
20  interested in this action.
21       Dated this 12th day of July 2021
22       _____
23       Kathy Heeb, CSR, CLR
24
25
                                                      15
```

```
 1  frustration with you based on your acquisition or
 2  retention of Maritz' documents?
 3       A.  I would say -- oh, man.  As management of
 4  Whistle, you know, you know, no one has formally said
 5  anything that way.  We -- one thing that I can say is
 6  that -- well, is that I have been disappointed in
 7  myself.  But I don't think that anyone has -- has --
 8  has told me that they are disappointed with me.
 9          MR. ALLEN:  No further questions.
10          MR. WOLF:  We'll reserve.
11
12          (Whereupon the deposition concluded at
13          10:49 a.m.)
14
15
16
17
18
19
20
21
22
23
24
25
                                                      14
```