# **Exhibit 29**



# FORENSIC EXAMINATION REPORT

CASE NUMBER Maritz v Carter DROPBOX

| | |
|---:|:---|
| Examiner | Brian Bowman |
| Case generated | Wednesday, May 26, 2021 |
| Report generated | Thursday, July 8, 2021 |

Evidence overview

# EVIDENCE OVERVIEW

| | |
|---|---|
| Evidence items | 4 |
| Combined results | 248,878 |

### J:\DB005-DREW-CARTER\CLOUD-ACQUIRE_2021-05-19_11-13-28.AFF4 (177,062)

| | |
|---|---|
| Evidence number | J:\DB005-DREW-CARTER\Cloud-Acquire_2021-05-19_11-13-28.aff4 |
| Location | Cloud-Acquire_2021-05-19_11-13-28.aff4 |
| Platform | Cloud |

### I:\DB004-LAUREL-NEWMAN\CLOUD-ACQUIRE_2021-05-18_13-17-51.AFF4 (65,276)

| | |
|---|---|
| Evidence number | I:\DB004-LAUREL-NEWMAN\Cloud-Acquire_2021-05-18_13-17-51.aff4 |
| Location | Cloud-Acquire_2021-05-18_13-17-51.aff4 |
| Platform | Cloud |

### I:\DB003-ANDREW-HRDLICKA\DB003-ANDREW-HRDLICKA\CLOUD-ACQUIRE_2021-05-20_09-28-13.AFF4 (1,327)

| | |
|---|---|
| Evidence number | I:\DB003-ANDREW-HRDLICKA\DB003-ANDREW-HRDLICKA\Cloud-Acquire_2021-05-20_09-28-13.aff4 |
| Location | Cloud-Acquire_2021-05-20_09-28-13.aff4 |
| Platform | Cloud |

### I:\DB002-DANIEL-CONWELL\DB002-DANIEL-CONWELL\CLOUD-ACQUIRE_2021-05-19_10-23-54.AFF4 (5,213)

| | |
|---|---|
| Evidence number | I:\DB002-DANIEL-CONWELL\DB002-DANIEL-CONWELL\Cloud-Acquire_2021-05-19_10-23-54.aff4 |
| Location | Cloud-Acquire_2021-05-19_10-23-54.aff4 |
| Platform | Cloud |

Cloud Dropbox Files

| | |
|---|---|
| Location | - File Offset 32682480<br>- n/a |
| Evidence number | - J:\DB005-DREW-CARTER\Cloud-Acquire_2021-05-19_11-13-28.aff4 |
| Recovery method | - Parsing |

Record 1954

| | |
|---|---|
| Tags | KW2 Responsive, Maritz in file path, Production 7.8.21 |
| File Name | RE- El Toro - Mixed Media Modeling[1].eml |
| File ID | id:xoBSHkG60YEAAAAAAACDGw |
| Dropbox File Path | /My Files/3. Maritz Backup/Email/Objective/RE- El Toro - Mixed Media Modeling[1].eml |
| Server Last Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/1/2020 12:15:06 PM |
| Client Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/1/2020 12:15:01 PM |
| File Hash | c5e4455903c4d6c9ab4db69429152067c056a08f160b60e084cc7b5bbd55635a |
| File Version ID | 5ae43a917474d04e732d6 |
| File Type | File |
| Attachments | RE- El Toro - Mixed Media Modeling[1].eml |
| Attachment | [Binary data] |
| Source | - Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Export.xml<br>- Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Attachments\My Files\3. Maritz Backup\Email\Objective\RE- El Toro - Mixed Media Modeling[1].eml |
| Location | - File Offset 32683610<br>- n/a |
| Evidence number | - J:\DB005-DREW-CARTER\Cloud-Acquire_2021-05-19_11-13-28.aff4 |
| Recovery method | - Parsing |

Record 1955

| | |
|---|---|
| Tags | KW2 Responsive, Maritz in file path, Production 7.8.21 |
| File Name | RE- Maritz & csg - Data Strategy - Setting the Stage for the Next Discussion[1].eml |
| File ID | id:xoBSHkG60YEAAAAAAACDJg |
| Dropbox File Path | /My Files/3. Maritz Backup/Email/Objective/RE- Maritz & csg - Data Strategy - Setting the Stage for the Next Discussion[1].eml |
| Server Last Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/1/2020 12:15:06 PM |
| Client Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/1/2020 12:15:01 PM |
| File Hash | 8d9fc0fe412e85139cc1df0e6f2c6b9725a07a1aaf7de10a09d6e32a470c4c94 |
| File Version ID | 5ae43a917474e04e732d6 |
| File Type | File |
| Attachments | RE- Maritz & csg - Data Strategy - Setting the Stage for the Next Discussion[1].eml |
| Attachment | [Binary data] |
| Source | - Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Export.xml<br>- Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Attachments\My Files\3. Maritz Backup\Email\Objective\RE- Maritz & csg - Data Strategy - Setting the Stage for the Next Discussion[1].eml |
| Location | - File Offset 32684749<br>- n/a |
| Evidence number | - J:\DB005-DREW-CARTER\Cloud-Acquire_2021-05-19_11-13-28.aff4 |
| Recovery method | - Parsing |

Record 1956

| | |
|---|---|
| Tags | KW2 Responsive, Maritz in file path, Production 7.8.21 |
| File Name | RE- Media Mix Modeling Next Steps Follow-Up[1].eml |
| File ID | id:xoBSHkG60YEAAAAAAACDLA |
| Dropbox File Path | /My Files/3. Maritz Backup/Email/Objective/RE- Media Mix Modeling Next Steps Follow-Up[1].eml |
| Server Last Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/1/2020 12:15:06 PM |

Cloud Dropbox Files

| | |
|---|---|
| Client Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/1/2020 12:15:01 PM |
| File Hash | 0c683f20d10c97f8a00272b0d0ca964b0cb43de37bcfa2add47ea1ce92147d0f |
| File Version ID | 5ae43a917474f04e732d6 |
| File Type | File |
| Attachments | RE- Media Mix Modeling Next Steps Follow-Up[1].eml |
| Attachment | [Binary data] |
| Source | • Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Export.xml<br>• Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Attachments\My Files\3. Maritz Backup\Email\Objective\RE- Media Mix Modeling Next Steps Follow-Up[1].eml |
| Location | • File Offset 32686026<br>• n/a |
| Evidence number | • J:\DB005-DREW-CARTER\Cloud-Acquire_2021-05-19_11-13-28.aff4 |
| Recovery method | • Parsing |

Record 1957

| | |
|---|---|
| Tags | KW2 Responsive, Maritz in file path, Production 7.8.21 |
| File Name | Re- Invisibly Deck.eml |
| File ID | id:xoBSHkG60YEAAAAAAACDGQ |
| Dropbox File Path | /My Files/3. Maritz Backup/Email/Objective/Re- Invisibly Deck.eml |
| Server Last Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/1/2020 12:15:06 PM |
| Client Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/1/2020 12:15:01 PM |
| File Hash | 945b4b5dcdfac76fe8d3cc866378b4b53d8bdba907ebcd347e4ed21e472f4eff |
| File Version ID | 5ae43a917475004e732d6 |
| File Type | File |
| Attachments | Re- Invisibly Deck.eml |
| Attachment | [Binary data] |
| Source | • Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Export.xml<br>• Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Attachments\My Files\3. Maritz Backup\Email\Objective\Re- Invisibly Deck.eml |
| Location | • File Offset 32687192<br>• n/a |
| Evidence number | • J:\DB005-DREW-CARTER\Cloud-Acquire_2021-05-19_11-13-28.aff4 |
| Recovery method | • Parsing |

Record 1958

| | |
|---|---|
| Tags | KW2 Responsive, Maritz in file path, Production 7.8.21 |
| File Name | Re- Maritz & csg - Data Strategy - Setting the Stage for the Next Discussion.eml |
| File ID | id:xoBSHkG60YEAAAAAAACDJQ |
| Dropbox File Path | /My Files/3. Maritz Backup/Email/Objective/Re- Maritz & csg - Data Strategy - Setting the Stage for the Next Discussion.eml |
| Server Last Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/1/2020 12:15:06 PM |
| Client Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/1/2020 12:15:01 PM |
| File Hash | c6c2d99a884e97e4299de617a9f5dfefd69d3db9a7cd5b9d4f2a58fccf81afd1 |
| File Version ID | 5ae43a917475104e732d6 |
| File Type | File |
| Attachments | Re- Maritz & csg - Data Strategy - Setting the Stage for the Next Discussion.eml |
| Attachment | [Binary data] |
| Source | • Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Export.xml<br>• Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Attachments\My Files\3. Maritz Backup\Email\Objective\Re- Maritz & csg - Data Strategy - Setting the Stage for the Next Discussion.eml |
| Location | • File Offset 32688274<br>• n/a |
| Evidence number | • J:\DB005-DREW-CARTER\Cloud-Acquire_2021-05-19_11-13-28.aff4 |
| Recovery method | • Parsing |

Cloud Dropbox Files

### Record 1959

| | |
|---|---|
| Tags | KW2 Responsive, Maritz in file path, Production 7.8.21 |
| File Name | Re- Media Mix Modeling Mtg.eml |
| File ID | id:xoBSHkG60YEAAAAAAACDKQ |
| Dropbox File Path | /My Files/3. Maritz Backup/Email/Objective/Re- Media Mix Modeling Mtg.eml |
| Server Last Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/1/2020 12:15:06 PM |
| Client Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/1/2020 12:15:01 PM |
| File Hash | 6a1df047cbe90dec84a4e927d151082a5b861a0346be41f0d0e4b74881a30479 |
| File Version ID | 5ae43a917475304e732d6 |
| File Type | File |
| Attachments | Re- Media Mix Modeling Mtg.eml |
| Attachment | [Binary data] |
| Source | • Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Export.xml<br>• Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Attachments\My Files\3. Maritz Backup\Email\Objective\Re- Media Mix Modeling Mtg.eml |
| Location | • File Offset 32690657<br>• n/a |
| Evidence number | • J:\DB005-DREW-CARTER\Cloud-Acquire_2021-05-19_11-13-28.aff4 |
| Recovery method | • Parsing |

### Record 1960

| | |
|---|---|
| Tags | KW2 Responsive, Maritz in file path, Production 7.8.21 |
| File Name | Re- Media Mix Model Follow-up.eml |
| File ID | id:xoBSHkG60YEAAAAAAACDLg |
| Dropbox File Path | /My Files/3. Maritz Backup/Email/Objective/Re- Media Mix Model Follow-up.eml |
| Server Last Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/1/2020 12:15:06 PM |
| Client Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/1/2020 12:15:01 PM |
| File Hash | f20c07ae95a981f9f513a68bf8a0ea452b6f41b5b96f414e7a456659f014c7d1 |
| File Version ID | 5ae43a917475204e732d6 |
| File Type | File |
| Attachments | Re- Media Mix Model Follow-up.eml |
| Attachment | [Binary data] |
| Source | • Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Export.xml<br>• Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Attachments\My Files\3. Maritz Backup\Email\Objective\Re- Media Mix Model Follow-up.eml |
| Location | • File Offset 32689542<br>• n/a |
| Evidence number | • J:\DB005-DREW-CARTER\Cloud-Acquire_2021-05-19_11-13-28.aff4 |
| Recovery method | • Parsing |

### Record 1961

| | |
|---|---|
| Tags | KW2 Responsive, Maritz in file path, Production 7.8.21 |
| File Name | Re- Media Mix Modeling Next Steps Follow-Up.eml |
| File ID | id:xoBSHkG60YEAAAAAAACDKw |
| Dropbox File Path | /My Files/3. Maritz Backup/Email/Objective/Re- Media Mix Modeling Next Steps Follow-Up.eml |
| Server Last Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/1/2020 12:15:06 PM |
| Client Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/1/2020 12:15:01 PM |
| File Hash | 00102d1d2483939d71f38ab6685e132dba57a876f3e4d90e2d4bcb58391d24ff |
| File Version ID | 5ae43a917475404e732d6 |
| File Type | File |
| Attachments | Re- Media Mix Modeling Next Steps Follow-Up.eml |
| Attachment | [Binary data] |
| Source | • Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Export.xml<br>• Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Attachments\My Files\3. Maritz Backup\Email\Objective\Re- Media Mix Modeling Next Steps Follow-Up.eml |

Cloud Dropbox Files

| | |
|---|---|
| Location | - File Offset 32691763<br>- n/a |
| Evidence number | - J:\DB005-DREW-CARTER\Cloud-Acquire_2021-05-19_11-13-28.aff4 |
| Recovery method | - Parsing |

Record 1962

| | |
|---|---|
| Tags | KW2 Responsive, Maritz in file path, Production 7.8.21 |
| File Name | Re- Media Mix Modeling Next Steps Follow-Up[2].eml |
| File ID | id:xoBSHkG60YEAAAAAAACDLQ |
| Dropbox File Path | /My Files/3. Maritz Backup/Email/Objective/Re- Media Mix Modeling Next Steps Follow-Up[2].eml |
| Server Last Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/1/2020 12:15:06 PM |
| Client Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/1/2020 12:15:01 PM |
| File Hash | acd90a1b30a289cfa700268a2e1acebd7f5362c44493a2d6c29163a9f2f15282 |
| File Version ID | 5ae43a917475504e732d6 |
| File Type | File |
| Attachments | Re- Media Mix Modeling Next Steps Follow-Up[2].eml |
| Attachment | [Binary data] |
| Source | - Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Export.xml<br>- Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Attachments\My Files\3. Maritz Backup\Email\Objective\Re- Media Mix Modeling Next Steps Follow-Up[2].eml |
| Location | - File Offset 32692920<br>- n/a |
| Evidence number | - J:\DB005-DREW-CARTER\Cloud-Acquire_2021-05-19_11-13-28.aff4 |
| Recovery method | - Parsing |

Record 1963

| | |
|---|---|
| Tags | KW2 Responsive, Maritz in file path, Production 7.8.21 |
| File Name | Re- Media Mix Modeling Next Steps Follow-Up[3].eml |
| File ID | id:xoBSHkG60YEAAAAAAACDLw |
| Dropbox File Path | /My Files/3. Maritz Backup/Email/Objective/Re- Media Mix Modeling Next Steps Follow-Up[3].eml |
| Server Last Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/1/2020 12:15:06 PM |
| Client Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/1/2020 12:15:01 PM |
| File Hash | 1de57fa50ebead9f1191bcf5898cdd502866771606a308b4fbb5f480a0ca895d |
| File Version ID | 5ae43a917475604e732d6 |
| File Type | File |
| Attachments | Re- Media Mix Modeling Next Steps Follow-Up[3].eml |
| Attachment | [Binary data] |
| Source | - Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Export.xml<br>- Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Attachments\My Files\3. Maritz Backup\Email\Objective\Re- Media Mix Modeling Next Steps Follow-Up[3].eml |
| Location | - File Offset 32694086<br>- n/a |
| Evidence number | - J:\DB005-DREW-CARTER\Cloud-Acquire_2021-05-19_11-13-28.aff4 |
| Recovery method | - Parsing |

Record 1964

| | |
|---|---|
| Tags | KW2 Responsive, Maritz in file path, Production 7.8.21 |
| File Name | Re- Objective- Media Mix Modeling[1].eml |
| File ID | id:xoBSHkG60YEAAAAAAACDHA |
| Dropbox File Path | /My Files/3. Maritz Backup/Email/Objective/Re- Objective- Media Mix Modeling[1].eml |
| Server Last Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/1/2020 12:15:06 PM |
| Client Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/1/2020 12:15:01 PM |

Cloud Dropbox Files

| | | |
|---|---|---|
| File Hash | | 30569599216f7534bf7d8ad7aa08b2994df0fb51e041636dd69f00dc8b4f78f7 |
| File Version ID | | 5ae43a917475804e732d6 |
| File Type | | File |
| Attachments | | Re- Objective- Media Mix Modeling[1].eml |
| Attachment | | [Binary data] |
| Source | • | Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Export.xml |
| | • | Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Attachments\My Files\3. Maritz Backup\Email\Objective\Re- Objective- Media Mix Modeling[1].eml |
| Location | • | File Offset 32696418 |
| | • | n/a |
| Evidence number | • | J:\DB005-DREW-CARTER\Cloud-Acquire_2021-05-19_11-13-28.aff4 |
| Recovery method | • | Parsing |

Record 1965

| | |
|---|---|
| Tags | KW2 Responsive, Maritz in file path, Production 7.8.21 |
| File Name | Re- Media Mix Modeling Next Steps Follow-Up[4].eml |
| File ID | id:xoBSHkG60YEAAAAAAACDMg |
| Dropbox File Path | /My Files/3. Maritz Backup/Email/Objective/Re- Media Mix Modeling Next Steps Follow-Up[4].eml |
| Server Last Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/1/2020 12:15:06 PM |
| Client Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/1/2020 12:15:01 PM |
| File Hash | 07ec15af8421c461d5c21b91e413c2f8f9e097ff121ad0cb2479b01fd2d0ae1b |
| File Version ID | 5ae43a917475704e732d6 |
| File Type | File |
| Attachments | Re- Media Mix Modeling Next Steps Follow-Up[4].eml |
| Attachment | [Binary data] |

| | | |
|---|---|---|
| Source | • | Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Export.xml |
| | • | Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Attachments\My Files\3. Maritz Backup\Email\Objective\Re- Media Mix Modeling Next Steps Follow-Up[4].eml |
| Location | • | File Offset 32695252 |
| | • | n/a |
| Evidence number | • | J:\DB005-DREW-CARTER\Cloud-Acquire_2021-05-19_11-13-28.aff4 |
| Recovery method | • | Parsing |

Record 1966

| | |
|---|---|
| Tags | KW2 Responsive, Maritz in file path, Production 7.8.21 |
| File Name | Re- Objective- Media Mix Modeling[3].eml |
| File ID | id:xoBSHkG60YEAAAAAAACDJA |
| Dropbox File Path | /My Files/3. Maritz Backup/Email/Objective/Re- Objective- Media Mix Modeling[3].eml |
| Server Last Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/1/2020 12:15:06 PM |
| Client Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/1/2020 12:15:01 PM |
| File Hash | 58cc177236c8e1dcb4cad344e0d13e8027d542e6266f97064aee19b209adb089 |
| File Version ID | 5ae43a917475904e732d6 |
| File Type | File |
| Attachments | Re- Objective- Media Mix Modeling[3].eml |
| Attachment | [Binary data] |

| | | |
|---|---|---|
| Source | • | Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Export.xml |
| | • | Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Attachments\My Files\3. Maritz Backup\Email\Objective\Re- Objective- Media Mix Modeling[3].eml |
| Location | • | File Offset 32697554 |
| | • | n/a |
| Evidence number | • | J:\DB005-DREW-CARTER\Cloud-Acquire_2021-05-19_11-13-28.aff4 |
| Recovery method | • | Parsing |

Record 1967

| | |
|---|---|
| Tags | Keyword Responsive, KW2 Responsive, Maritz in file path, Production 7.8.21 |
| File Name | Re- Virtual Introduction for Victory Enterprises Opportunity.eml |

Cloud Dropbox Files

| | |
|---|---|
| File ID | id:xoBSHkG60YEAAAAAAACDKA |
| Dropbox File Path | /My Files/3. Maritz Backup/Email/Objective/Re- Virtual Introduction for Victory Enterprises Opportunity.eml |
| Server Last Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/1/2020 12:15:07 PM |
| Client Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/1/2020 12:15:01 PM |
| File Hash | d6edecec3a476a3a86a64e5794256d455cfb827c97c92bf7b2ab83d7f7932fff |
| File Version ID | 5ae43a92c05eb04e732d6 |
| File Type | File |
| Attachments | Re- Virtual Introduction for Victory Enterprises Opportunity.eml |
| Attachment | [Binary data] |
| Source | • Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Export.xml<br>• Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Attachments\My Files\3. Maritz Backup\Email\Objective\Re- Virtual Introduction for Victory Enterprises Opportunity.eml |
| Location | • File Offset 32698690<br>• n/a |
| Evidence number | • J:\DB005-DREW-CARTER\Cloud-Acquire_2021-05-19_11-13-28.aff4 |
| Recovery method | • Parsing |

Record 1968

| | |
|---|---|
| Tags | KW2 Responsive, Maritz in file path, Production 7.8.21 |
| File Name | Re- YPO Digital Media & Marketing Network and Patents.eml |
| File ID | id:xoBSHkG60YEAAAAAAACDNA |
| Dropbox File Path | /My Files/3. Maritz Backup/Email/Objective/Re- YPO Digital Media & Marketing Network and Patents.eml |
| Server Last Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/1/2020 12:15:07 PM |
| Client Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/1/2020 12:15:01 PM |
| File Hash | d8d74c40ab7fb2baf3ca303d9392255f2ad103277480cfd9b00f366d36ee54de |
| File Version ID | 5ae43a92c05ec04e732d6 |
| File Type | File |
| Attachments | Re- YPO Digital Media & Marketing Network and Patents.eml |
| Attachment | [Binary data] |
| Source | • Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Export.xml<br>• Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Attachments\My Files\3. Maritz Backup\Email\Objective\Re- YPO Digital Media & Marketing Network and Patents.eml |
| Location | • File Offset 32699898<br>• n/a |
| Evidence number | • J:\DB005-DREW-CARTER\Cloud-Acquire_2021-05-19_11-13-28.aff4 |
| Recovery method | • Parsing |

Record 1969

| | |
|---|---|
| Tags | Keyword Responsive, KW2 Responsive, Maritz in file path, Production 7.8.21 |
| File Name | Virtual Introduction for Victory Enterprises Opportunity.eml |
| File ID | id:xoBSHkG60YEAAAAAAACDKg |
| Dropbox File Path | /My Files/3. Maritz Backup/Email/Objective/Virtual Introduction for Victory Enterprises Opportunity.eml |
| Server Last Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/1/2020 12:15:07 PM |
| Client Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/1/2020 12:15:01 PM |
| File Hash | 10b7f8371e929e4729b6e50c4faa805df0a4934f6fa956e6230a93c91caa456f |
| File Version ID | 5ae43a92c05ed04e732d6 |
| File Type | File |
| Attachments | Virtual Introduction for Victory Enterprises Opportunity.eml |
| Attachment | [Binary data] |

Cloud Dropbox Files

| | | |
|---|---|---|
| Source | • | Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Export.xml |
| | • | Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Attachments\My Files\3. Maritz Backup\Email\Objective\Virtual Introduction for Victory Enterprises Opportunity.eml |
| Location | • | File Offset 32701097 |
| | • | n/a |
| Evidence number | • | J:\DB005-DREW-CARTER\Cloud-Acquire_2021-05-19_11-13-28.aff4 |
| Recovery method | • | Parsing |

Record 1970

| | |
|---|---|
| Tags | KW2 Responsive, Maritz in file path, Production 7.8.21 |
| File Name | RE- Referral [1].eml |
| File ID | id:xoBSHkG60YEAAAAAAACDZA |
| Dropbox File Path | /My Files/3. Maritz Backup/Email/DREM/RE- Referral [1].eml |
| Server Last Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/1/2020 12:22:05 PM |
| Client Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/1/2020 12:22:02 PM |
| File Hash | 3ef4fc3ea0979730438033dd1bb5bcd77f469dd69dab162d032b1f19c0339b94 |
| File Version ID | 5ae43c209e1f604e732d6 |
| File Type | File |
| Attachments | RE- Referral [1].eml |
| Attachment | [Binary data] |
| Source | • Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Export.xml<br>• Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Attachments\My Files\3. Maritz Backup\Email\DREM\RE- Referral [1].eml |
| Location | • File Offset 32750965<br>• n/a |
| Evidence number | • J:\DB005-DREW-CARTER\Cloud-Acquire_2021-05-19_11-13-28.aff4 |
| Recovery method | • Parsing |

Record 1971

| | |
|---|---|
| Tags | KW2 Responsive, Maritz in file path, Production 7.8.21 |
| File Name | Re- Referral .eml |
| File ID | id:xoBSHkG60YEAAAAAAACDYw |
| Dropbox File Path | /My Files/3. Maritz Backup/Email/DREM/Re- Referral .eml |
| Server Last Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/1/2020 12:22:05 PM |
| Client Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/1/2020 12:22:02 PM |
| File Hash | 4e272ae8a42cff985ab61efcc4f0158a9e2c3513e43ada01e0f2d2dd20d2936b |
| File Version ID | 5ae43c209e1f704e732d6 |
| File Type | File |
| Attachments | Re- Referral .eml |
| Attachment | [Binary data] |
| Source | • Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Export.xml<br>• Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Attachments\My Files\3. Maritz Backup\Email\DREM\Re- Referral .eml |
| Location | • File Offset 32752036<br>• n/a |
| Evidence number | • J:\DB005-DREW-CARTER\Cloud-Acquire_2021-05-19_11-13-28.aff4 |
| Recovery method | • Parsing |

Record 1972

| | |
|---|---|
| Tags | KW2 Responsive, Maritz in file path, Production 7.8.21 |
| File Name | RE- UHY Follow Up from Friday's Call.eml |
| File ID | id:xoBSHkG60YEAAAAAAACDdQ |
| Dropbox File Path | /My Files/3. Maritz Backup/Email/Conferences/UHY/RE- UHY Follow Up from Friday's Call.eml |
| Server Last Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/1/2020 12:26:24 PM |

Cloud Dropbox Files

| | |
|---|---|
| Client Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/1/2020 12:26:21 PM |
| File Hash | de4472a2dc32d801ac0d2192ff63683b27e9fc1ab87b243c3dbe58046fefbb81 |
| File Version ID | 5ae43d18143c804e732d6 |
| File Type | File |
| Attachments | RE- UHY Follow Up from Friday's Call.eml |
| Attachment | [Binary data] |
| Source | • Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Export.xml<br>• Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Attachments\My Files\3. Maritz Backup\Email\Conferences\UHY\RE- UHY Follow Up from Friday's Call.eml |
| Location | • File Offset 32767000<br>• n/a |
| Evidence number | • J:\DB005-DREW-CARTER\Cloud-Acquire_2021-05-19_11-13-28.aff4 |
| Recovery method | • Parsing |

Record 1973

| | |
|---|---|
| Tags | KW2 Responsive, Maritz in file path, Production 7.8.21 |
| File Name | RE- UHY Follow Up from Friday's Call[1].eml |
| File ID | id:xoBSHkG60YEAAAAAAACDdw |
| Dropbox File Path | /My Files/3. Maritz Backup/Email/Conferences/UHY/RE- UHY Follow Up from Friday's Call[1].eml |
| Server Last Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/1/2020 12:26:24 PM |
| Client Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/1/2020 12:26:21 PM |
| File Hash | bc352d3708a74e02decdc287c78c9a9341cf7213fb06de75f3a3448665a7ce2a |
| File Version ID | 5ae43d18143c904e732d6 |
| File Type | File |
| Attachments | RE- UHY Follow Up from Friday's Call[1].eml |
| Attachment | [Binary data] |
| Source | • Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Export.xml<br>• Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Attachments\My Files\3. Maritz Backup\Email\Conferences\UHY\RE- UHY Follow Up from Friday's Call[1].eml |
| Location | • File Offset 32768142<br>• n/a |
| Evidence number | • J:\DB005-DREW-CARTER\Cloud-Acquire_2021-05-19_11-13-28.aff4 |
| Recovery method | • Parsing |

Record 1974

| | |
|---|---|
| Tags | KW2 Responsive, Maritz in file path, Production 7.8.21 |
| File Name | NWFA |
| File ID | id:xoBSHkG60YEAAAAAAACDgg |
| Dropbox File Path | /My Files/3. Maritz Backup/Email/Conferences/NWFA |
| File Type | Folder |
| Attachments | Dropbox\Cloud Dropbox Files\Attachments\My Files\3. Maritz Backup\Email\Conferences\NWFA\ |
| Attachment | [Binary data] |
| Source | • Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Export.xml |
| Location | • File Offset 32770335 |
| Evidence number | • J:\DB005-DREW-CARTER\Cloud-Acquire_2021-05-19_11-13-28.aff4 |
| Recovery method | • Parsing |

Record 1975

| | |
|---|---|
| Tags | KW2 Responsive, Maritz in file path, Production 7.8.21 |
| File Name | STL Regional Chamber |
| File ID | id:xoBSHkG60YEAAAAAAACDeA |
| Dropbox File Path | /My Files/3. Maritz Backup/Email/Conferences/STL Regional Chamber |
| File Type | Folder |
| Attachments | Dropbox\Cloud Dropbox Files\Attachments\My Files\3. Maritz Backup\Email\Conferences\STL Regional Chamber\ |
| Attachment | [Binary data] |
| Source | • Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Export.xml |
| Location | • File Offset 32769293 |

Cloud Dropbox Files

| | | |
|---|---|---|
| | Source | • Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Export.xml<br>• Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Attachments\My Files\3. Maritz Backup\Email\Conferences\STL Regional Chamber\Re- Finish Line[2].eml |
| | Location | • File Offset 32783836<br>• n/a |
| | Evidence number | • J:\DB005-DREW-CARTER\Cloud-Acquire_2021-05-19_11-13-28.aff4 |
| | Recovery method | • Parsing |

Record 1986

| | | |
|---|---|---|
| | Tags | KW2 Responsive, Maritz in file path, Production 7.8.21 |
| | File Name | Voices of the Region- December Discussion Phone Call Request.eml |
| | File ID | id:xoBSHkG60YEAAAAAAACDeQ |
| | Dropbox File Path | /My Files/3. Maritz Backup/Email/Conferences/STL Regional Chamber/Voices of the Region- December Discussion Phone Call Request.eml |
| | Server Last Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/1/2020 12:26:44 PM |
| | Client Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/1/2020 12:26:40 PM |
| | File Hash | fca78c4afc16dbfc24dcaa347a15b2ac21ca0cdf7313455803ca9a9f8ffedc80 |
| | File Version ID | 5ae43d2b3ca4104e732d6 |
| | File Type | File |
| | Attachments | Voices of the Region- December Discussion Phone Call Request.eml |
| | Attachment | [Binary data] |
| | Source | • Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Export.xml<br>• Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Attachments\My Files\3. Maritz Backup\Email\Conferences\STL Regional Chamber\Voices of the Region- December Discussion Phone Call Request.eml |
| | Location | • File Offset 32784941<br>• n/a |
| | Evidence number | • J:\DB005-DREW-CARTER\Cloud-Acquire_2021-05-19_11-13-28.aff4 |
| | Recovery method | • Parsing |

Record 1987

| | | |
|---|---|---|
| | Tags | KW2 Responsive, Maritz in file path, Production 7.8.21 |
| | File Name | 6th Annual Arcus Awards.eml |
| | File ID | id:xoBSHkG60YEAAAAAAACDew |
| | Dropbox File Path | /My Files/3. Maritz Backup/Email/Conferences/STL Regional Chamber/6th Annual Arcus Awards.eml |
| | Server Last Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/1/2020 12:26:46 PM |
| | Client Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/1/2020 12:26:40 PM |
| | File Hash | 7c81de46e52c77c56b52a91c204f91b636dab527ca3a5e384eee94569ffe2581 |
| | File Version ID | 5ae43d2cc794a04e732d6 |
| | File Type | File |
| | Attachments | 6th Annual Arcus Awards.eml |
| | Attachment | [Binary data] |
| | Source | • Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Export.xml<br>• Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Attachments\My Files\3. Maritz Backup\Email\Conferences\STL Regional Chamber\6th Annual Arcus Awards.eml |
| | Location | • File Offset 32786172<br>• n/a |
| | Evidence number | • J:\DB005-DREW-CARTER\Cloud-Acquire_2021-05-19_11-13-28.aff4 |
| | Recovery method | • Parsing |

Record 1988

| | | |
|---|---|---|
| | Tags | KW2 Responsive, Maritz in file path, Production 7.8.21 |
| | File Name | Monday?.eml |
| | File ID | id:xoBSHkG60YEAAAAAAACDgw |
| | Dropbox File Path | /My Files/3. Maritz Backup/Email/Conferences/NWFA/Monday?.eml |

Cloud Dropbox Files

| | |
|---|---|
| Recovery method | • Parsing |

### Record 3177

| | |
|---|---|
| Tags | Keyword Responsive, KW2 Responsive, Maritz in file path, Production 7.8.21 |
| File Name | Disruption D06.pptx |
| File ID | id:xoBSHkG60YEAAAAAAACIcA |
| Dropbox File Path | /My Files/3. Maritz Backup/Presentations/UHY/Disruption D06.pptx |
| Server Last Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/2/2020 8:55:41 PM |
| Client Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 8/17/2020 9:35:55 PM |
| File Hash | 31d8a00576aa4b2571327d0ee0f69241078c04fdaa9f2ec020ccca57d77f1d12 |
| File Version ID | 5ae5f0cb49cfd04e732d6 |
| File Type | File |
| Attachments | Disruption D06.pptx |
| Attachment | [Binary data] |
| Source | • Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Export.xml<br>• Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Attachments\My Files\3. Maritz Backup\Presentations\UHY\Disruption D06.pptx |
| Location | • File Offset 34257209<br>• n/a |
| Evidence number | • J:\DB005-DREW-CARTER\Cloud-Acquire_2021-05-19_11-13-28.aff4 |
| Recovery method | • Parsing |

### Record 3178

| | |
|---|---|
| Tags | Keyword Responsive, KW2 Responsive, Maritz in file path, Production 7.8.21 |
| File Name | 5-12-20 Hiring Product.pptx |
| File ID | id:xoBSHkG60YEAAAAAAACIZg |
| Dropbox File Path | /My Files/3. Maritz Backup/Decision Sciences/5-12-20 Hiring Product.pptx |
| Server Last Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/2/2020 8:58:21 PM |
| Client Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/2/2020 8:32:33 PM |
| File Hash | d5d5c28f536350a8299bee2ee15e5ef1d9cc87005ee86c71a8d1a884133aedde |
| File Version ID | 5ae5f16356d5004e732d6 |
| File Type | File |
| Attachments | 5-12-20 Hiring Product.pptx |
| Attachment | [Binary data] |
| Source | • Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Export.xml<br>• Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Attachments\My Files\3. Maritz Backup\Decision Sciences\5-12-20 Hiring Product.pptx |
| Location | • File Offset 34260695<br>• n/a |
| Evidence number | • J:\DB005-DREW-CARTER\Cloud-Acquire_2021-05-19_11-13-28.aff4 |
| Recovery method | • Parsing |

### Record 3179

| | |
|---|---|
| Tags | Keyword Responsive, KW2 Responsive, Maritz in file path, Production 7.8.21 |
| File Name | Edited Disruption D06.pptx |
| File ID | id:xoBSHkG60YEAAAAAAACIWg |
| Dropbox File Path | /My Files/3. Maritz Backup/Presentations/UHY/Edited Disruption D06.pptx |
| Server Last Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/2/2020 8:59:49 PM |
| Client Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 8/18/2020 8:15:30 AM |
| File Hash | 7b0996306b96d9f893ac3a3b4635bea1d1ed746afbfc3cfcf8cac2db46d2e7b3 |
| File Version ID | 5ae5f1b79899804e732d6 |
| File Type | File |
| Attachments | Edited Disruption D06.pptx |
| Attachment | [Binary data] |

Cloud Dropbox Files

| | | |
|---|---|---|
| Server Last Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/2/2020 10:58:18 PM | |
| Client Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 4/2/2018 9:42:55 PM | |
| File Hash | adaba58eccf05803c33ac8527608c437a315e082b18858880db75232c050270a | |
| File Version ID | 5ae60c338b66404e732d6 | |
| File Type | File | |
| Attachments | FY18 Performance Review Overview.pptx | |
| Attachment | [Binary data] | |
| Source | • Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Export.xml<br>• Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Attachments\My Files\3. Maritz Backup\Desktop\Backup\HR\FY2018\FY18 Performance Review Overview.pptx | |
| Location | • File Offset 35348918<br>• n/a | |
| Evidence number | • J:\DB005-DREW-CARTER\Cloud-Acquire_2021-05-19_11-13-28.aff4 | |
| Recovery method | • Parsing | |

Record 3418

| | |
|---|---|
| Tags | Keyword Responsive, KW2 Responsive, Maritz in file path, Production 7.8.21 |
| File Name | Disruption D04 8.50.02 PM.pptx |
| File ID | id:xoBSHkG60YEAAAAAAACODA |
| Dropbox File Path | /My Files/3. Maritz Backup/Desktop/Disruption D04 8.50.02 PM.pptx |
| Server Last Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/2/2020 11:00:59 PM |
| Client Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/11/2018 11:30:01 AM |
| File Hash | 4099ca549300fe0de4e753861bf8458fb7130a1510b3c191f032d40cdfdf7aae |
| File Version ID | 5ae60ccc83a8904e732d6 |
| File Type | File |
| Attachments | Disruption D04 8.50.02 PM.pptx |
| Attachment | [Binary data] |
| Source | • Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Export.xml<br>• Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Attachments\My Files\3. Maritz Backup\Desktop\Disruption D04 8.50.02 PM.pptx |
| Location | • File Offset 35358931<br>• n/a |
| Evidence number | • J:\DB005-DREW-CARTER\Cloud-Acquire_2021-05-19_11-13-28.aff4 |
| Recovery method | • Parsing |

Record 3419

| | |
|---|---|
| Tags | KW2 Responsive, Maritz in file path, Production 7.8.21 |
| File Name | Bonus[1].eml |
| File ID | id:xoBSHkG60YEAAAAAAACR_Q |
| Dropbox File Path | /My Files/3. Maritz Backup/Email/Maritz Non-Compete/Bonus[1].eml |
| Server Last Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/3/2020 11:29:06 AM |
| Client Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/3/2020 11:27:49 AM |
| File Hash | b8924b91d9c3eb7e5565c18360c914c5ccf558c34139b9b3fcb462822e2fbb61 |
| File Version ID | 5ae6b404ae62e04e732d6 |
| File Type | File |
| Attachments | Bonus[1].eml |
| Attachment | [Binary data] |
| Source | • Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Export.xml<br>• Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Attachments\My Files\3. Maritz Backup\Email\Maritz Non-Compete\Bonus[1].eml |
| Location | • File Offset 35995168<br>• n/a |
| Evidence number | • J:\DB005-DREW-CARTER\Cloud-Acquire_2021-05-19_11-13-28.aff4 |
| Recovery method | • Parsing |

## Cloud Dropbox Files

### Record 3420

| | |
|---|---|
| Tags | KW2 Responsive, Maritz in file path, Production 7.8.21 |
| File Name | Re- NDA[1].eml |
| File ID | id:xoBSHkG60YEAAAAAAACR_g |
| Dropbox File Path | /My Files/3. Maritz Backup/Email/Maritz Non-Compete/Re- NDA[1].eml |
| Server Last Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/3/2020 11:29:11 AM |
| Client Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/3/2020 11:28:02 AM |
| File Hash | ba187bcb3b6d1686f323f7e745c70f2bb06a6bc84c470e813b9eeab6123b4102 |
| File Version ID | 5ae6b4095f13904e732d6 |
| File Type | File |
| Attachments | Re- NDA[1].eml |
| Attachment | [Binary data] |
| Source | • Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Export.xml<br>• Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Attachments\My Files\3. Maritz Backup\Email\Maritz Non-Compete\Re- NDA[1].eml |
| Location | • File Offset 35996229<br>• n/a |
| Evidence number | • J:\DB005-DREW-CARTER\Cloud-Acquire_2021-05-19_11-13-28.aff4 |
| Recovery method | • Parsing |

### Record 3421

| | |
|---|---|
| Tags | KW2 Responsive, Maritz in file path, Production 7.8.21 |
| File Name | NDA[1].eml |
| File ID | id:xoBSHkG60YEAAAAAAACR_w |
| Dropbox File Path | /My Files/3. Maritz Backup/Email/Maritz Non-Compete/NDA[1].eml |
| Server Last Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/3/2020 11:30:01 AM |
| Client Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 9/3/2020 11:28:51 AM |
| File Hash | 0bdd3aaf3b2587105db87dd11c1b8ba478b04f756fde5faa39bf499588aebde5 |
| File Version ID | 5ae6b4388dd4004e732d6 |
| File Type | File |
| Attachments | NDA[1].eml |
| Attachment | [Binary data] |
| Source | • Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Export.xml<br>• Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Attachments\My Files\3. Maritz Backup\Email\Maritz Non-Compete\NDA[1].eml |
| Location | • File Offset 35997296<br>• n/a |
| Evidence number | • J:\DB005-DREW-CARTER\Cloud-Acquire_2021-05-19_11-13-28.aff4 |
| Recovery method | • Parsing |

### Record 3422

| | |
|---|---|
| Tags | KW2 Responsive, Maritz in file path, Production 7.8.21 |
| File Name | Original Comp plan w Steve M.pdf |
| File ID | id:xoBSHkG60YEAAAAAAAo6g |
| Dropbox File Path | /My Files/Documents/Maritz/Maritz LTI/Original Comp plan w Steve M.pdf |
| Server Last Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 1/1/2020 11:56:01 AM |
| Client Modified Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 1/1/2020 11:55:53 AM |
| File Hash | 4c22a0f621b17dac929cc4fb8cf9f5dd88ee7e44bf1b8116ba6c66a6e7313116 |
| File Version ID | 59b17ca1cfedc04e732d6 |
| File Type | File |
| Attachments | Original Comp plan w Steve M.pdf |
| Attachment | [Binary data] |
| Source | • Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Export.xml<br>• Cloud-Acquire_2021-05-19_11-13-28.aff4\Dropbox\Cloud Dropbox Files\Attachments\My Files\Documents\Maritz\Maritz LTI\Original Comp plan w Steve M.pdf |