**Exhibit 30**



## PohlmanUSA®
### Court Reporting and Litigation Services

Daniel Conwell

June 15, 2021

Maritz Holdings Inc. and Maritz Motivation In.

vs.

Drew Carter, et al

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MARITZ HOLDINGS, INC., and )
MARITZ MOTIVATION, INC., )
                                    )
    Plaintiffs, )
                                    )
v. ) No. 4:21-cv-00438
                                    )
DREW CARTER, CHRIS DORNFELD, )
JESSE WOLFERSBERGER, LAUREL )
NEWMAN, ANDREW HRDLICKA, BEN )
VALENTI, DANIEL DONWELL, and )
WHISTLE SYSTEMS, LLC, )
                                    )
    Defendants. )


DEPOSITION OF DANIEL CONWELL

June 15, 2021
8:39 a.m.


Reporter:   John Arndt, CSR, CCR, RDR, CRR
              CSR No. 084-004605
                CCR No. 1186

Page 34

1  A.  Anyone in the company besides three
2  people.
3  Q.  Who were the three people?
4  A.  Or four people.  Scott Alred, Brian Munks,
5  Beth Hassler, and Rob Babke.
6  Q.  Whose decision was it to shut you off?
7  A.  Do I answer that from what I knew at the
8  time or what I know now?
9  Q.  What you know now.
10  A.  What I know now?  I think it was Steve
11  Gallant and Rick Ramos?
12  Q.  Do you know -- from what you know now,
13  were you ever told why you and the others were cut off
14  the Atlas database?
15  A.  Yes.
16  Q.  And what was that?
17  A.  It was because they cut access to the
18  senior executive team, but they -- and then they -- but
19  they took it away from everybody to completely redo the
20  permissions structure in Atlas.
21  Q.  Was your access to Atlas ever restored?
22  A.  At first partially and then like my last
23  day fully.
24  Q.  How many days was it between the time you
25  were part -- you were fully shut off and the time you

Page 35

1  were partially allowed back in?
2  A.  I don't remember the exact number, but I
3  would say it's one to two weeks.
4  Q.  And then on your final day you were given
5  full access, full privileges?
6  A.  Sorry.  Not my final day.  My final two
7  weeks.
8  Q.  And is that starting with the time you
9  resigned and ending on your final day?
10  A.  Yes.
11  Q.  Were you ever told why you were given full
12  access during your final two weeks?
13  A.  Yes.
14  Q.  And why is that?
15  A.  Because I was transferred from the Atlas
16  team because they were -- I was transferred from the
17  decision sciences Atlas team and moved into engineering
18  because they were getting rid of the Atlas team, from
19  what I understood.
20  Q.  And it was only after you were transferred
21  onto the engineering team that you had the full access
22  to Atlas?
23  A.  Correct.
24  Q.  Did you write any schema during your final
25  two weeks?

Page 36

1  A.  Not that I can remember.
2  Q.  So on the Monday after the Friday happy
3  hour, so you go into work, you're shut off the Atlas
4  database, as were others.  Did there come a time when
5  there were further discussions between you and anyone
6  else about you going to work with an organization that
7  Drew Carter would be a part of?
8  A.  Yes, on September 15th or around there.
9  Q.  And tell me about that.
10  A.  So I met at Drew's house, and they just
11  presented me at the time their idea of what Whistle
12  would become or what they wanted to do with Whistle,
13  and that was -- and then we had lunch.  That was
14  basically the meeting.
15  Q.  So on September 15th, there was a meeting
16  of various people at Drew Carter's home; is that
17  correct?
18  A.  Yes.  Around September 15th.  I don't
19  remember the exact date, but yeah.
20  Q.  So -- is it a nice house?
21  A.  Yes.
22  Q.  And you had lunch there too; is that
23  correct?
24  A.  Yes.
25  Q.  Was a formal offer of employment made to

Page 37

1  you?
2  A.  Define formal.  Like with the -- or with a
3  salary and everything, or --
4  Q.  Well, what type of -- what communications
5  were made to you about the role you might play in
6  Whistle?
7  A.  I don't recall exactly what happened, but
8  essentially -- I don't know if there -- there wasn't
9  any explicit communication, like "Do you want to come
10  work with us?"  I mainly asked like when can I start.
11  But it wasn't like an official decision or agreement at
12  the time.
13  Q.  So you asked Drew when can you start?
14  A.  Yes.
15  Q.  What does he say?
16  A.  He had said it depends on if -- or he
17  asked how important pay was at the time.
18  Q.  And what did you say?
19  A.  I said somewhat important.
20  Q.  And what did he say then?
21  A.  That he wouldn't be able to pay me for
22  about a month at the time.
23  Q.  Did he say why?
24  A.  Because funding had not been gathered,
25  lined up at that time.

10 (Pages 34 to 37)

Page 106

[SIGNATURE RESERVED.]

Page 107

CERTIFICATE

I, JOHN ARNDT, a Certified Shorthand Reporter and Certified Court Reporter, do hereby certify that prior to the commencement of the examination, DANIEL CONWELL was sworn by me to testify the truth, the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a true and accurate transcript of the proceedings as taken stenographically by and before me at the time, place and on the date hereinbefore set forth.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in this action.

_____
JOHN ARNDT, CSR, CCR, RDR, CRR
CSR No. 084-004605
CCR No. 1186

Page 108

I, DANIEL CONWELL, the witness herein, having read the foregoing testimony of the pages of this deposition, do hereby certify it to be a true and correct transcript, subject to the corrections, if any, shown on the attached page.

_____
DANIEL CONWELL

Sworn and subscribed to before me,
This _____ day of _____, 2021.

_____
Notary Public

Page 109

DEPOSITION ERRATA SHEET

Page No.\_\_\_\_\_Line No.\_\_\_\_\_Change to:_____
_____
Reason for change:_____
Page No.\_\_\_\_\_Line No.\_\_\_\_\_Change to:_____
_____
Reason for change:_____
Page No.\_\_\_\_\_Line No.\_\_\_\_\_Change to:_____
_____
Reason for change:_____
Page No.\_\_\_\_\_Line No.\_\_\_\_\_Change to:_____
_____
Reason for change:_____
Page No.\_\_\_\_\_Line No.\_\_\_\_\_Change to:_____
_____
Reason for change:_____
Page No.\_\_\_\_\_Line No.\_\_\_\_\_Change to:_____
_____
Reason for change:_____

SIGNATURE:_____DATE:_____
DANIEL CONWELL