# **Exhibit 31**

| | |
|---|---|
| **From:** | Richard Z. Wolf <rwolf@hmblaw.com> |
| **Sent:** | Tuesday, June 29, 2021 8:52 PM |
| **To:** | Allen, Justin A. |
| **Cc:** | Matthew R. Barrett; O'Meara, Daniel P.; Tharpe, Bradley (Brad) W. |
| **Subject:** | Maritz v. Whistle [IWOV-iManage.FID792140] |

*[Caution: Email received from external source]*

Justin –

When we were first negotiating the forensic protocol, we proposed a process by which any Maritz documents would be permanently deleted from Defendants' devices/accounts. At that time, your preference was to address that process at a later date.  We would like to restart this discussion, with the goal of entering an agreed order that results in the permanent deletion of any Maritz documents within our client's possession. Please let us know if you are agreeable to this. If so, it may make sense to set a call with GDI so that they can advise on a process for the deletion.

Thanks.

Rich



**RICHARD Z. WOLF**

500 West Madison Suite 3700
Chicago IL  60661
**O** 312.606.3248
**F** 312.267.2225
**E** rwolf@hmblaw.com
hmblaw.com

**Confidentiality Notice**
This electronic transmission and any documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this message is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone and permanently delete this message.
We inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.