UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARITZ HOLDINGS INC. and<br>MARITZ MOTIVATION INC., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v.<br>DREW CARTER, et al., | ) Case No. 4:21-cv-00438<br>)<br>) |
| Defendants. | ) |

## JOINT MOTION FOR ENTRY OF STIPULATED DELETION PROTOCOL

Plaintiffs Maritz Holdings Inc. and Maritz Motivation Inc. and Defendants Drew Carter, Chris Dornfeld, Jesse Wolfersberger, Laurel Newman, Andrew Hrdlicka, Ben Valenti, Daniel Conwell, WeWhistle, LLC f/k/a Whistle Systems, LLC, and Whistle Systems, Inc., hereby stipulate and agree to the Stipulated Deletion Protocol attached hereto as **Exhibit 1**, and respectfully request the Court enter said Stipulated Deletion Protocol and grant all other relief the Court deems appropriate.

Respectfully submitted and stipulated:

| | |
|---|---|
| */s/ Justin A. Allen (with permission)* <br> Gregg M. Lemley, MO #44464 <br> Bradley W. Tharpe, MO #71203 <br> Ogletree, Deakins, Nash, Smoak & Stewart, P.C. <br> 7700 Bonhomme Ave., Suite 650 <br> St. Louis, MO 63105 <br> Tel: (314) 802-3935 <br> Fax: (314) 802-3936 <br> gregg.lemley@ogletree.com <br> brad.tharpe@ogletree.com | */s/ Richard Z. Wolf* <br> Brian M. Wacker, #61913(MO) <br> Justin A. Welply, #65262(MO) <br> SmithAmundsen, LLC <br> 120 S. Central Avenue, Suite 700 <br> St. Louis, MO 63105 <br> Tel: (314) 719-3700 <br> Fax: (314) 719-3710 <br> bwacker@salawus.com <br> jwelply@salawus.com |
| Daniel P. O'Meara, PA #53535 (PHV) <br> Ogletree, Deakins, Nash, Smoak & Stewart, P.C. <br> 1735 Market Street, Suite 3000 <br> Philadelphia, PA 19103 <br> Tel: (215) 995-2833 <br> Fax: (215) 995-2801 <br> dan.omeara@ogletree.com | Richard Z. Wolf, IL #6301209 (PHV) <br> Matthew R. Barrett, IL #6308549 (PHV) <br> Horwood Marcus & Berk Chartered <br> 500 W. Madison Avenue, Suite 3700 <br> Chicago, IL 60661 <br> Tel: (312) 606-3200 <br> Fax: (312) 606-3232 <br> rwolf@hmblaw.com <br> mbarrett@hmblaw.com |
| Justin A. Allen, IN #31204-49 (PHV) <br> Ogletree, Deakins, Nash, Smoak & Stewart, P.C. <br> 111 Monument Circle, Suite 4600 <br> Indianapolis, IN 46202 <br> Tel: (317) 916-1300 <br> Fax: (317) 916-9076 <br> justin.allen@ogletree.com | ***Attorneys for Defendants*** |
| ***Attorneys for Plaintiffs*** | |

## CERIFICATE OF SERVICE

I hereby certify that on July 27, 2021, the foregoing was filed through the Court's ECF/CM system which made service on all registered participants.

*/s/ Richard Z. Wolf*