# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MARITZ HOLDINGS INC. and<br>MARITZ MOTIVATION INC., <br><br>         Plaintiffs, <br><br>v. <br>DREW CARTER, et al., <br><br>         Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 4:21-cv-00438-MTS<br>)<br>)<br>)<br>) |

## NOTICE OF SETTLEMENT

Plaintiffs Maritz Holdings Inc. and Maritz Motivation Inc. and Defendants Drew Carter, Chris Dornfeld, Jesse Wolfersberger, Laurel Newman, Andrew Hrdlicka, Ben Valenti, Daniel Conwell, We Whistle, LLC, f/k/a Whistle Systems LLC, and Whistle Systems Inc. hereby give notice to the Court of their settlement of this matter, pending the execution of a written settlement agreement.  Upon execution of the settlement agreement, the parties will submit further filings to effectuate the resolution of this matter, including a Joint Motion for Entry of Permanent Injunction and a Stipulation of Dismissal.  In the interim, the parties respectfully request the Court vacate all currently pending case deadlines.

Respectfully submitted,

| | |
|---|---|
| */s/ Justin A. Allen* <br>Gregg M. Lemley, MO #44464 <br>Bradley W. Tharpe, MO #71203 <br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C. <br>7700 Bonhomme Ave., Suite 650 <br>St. Louis, MO  63105 <br>Tel:  (314) 802-3935 <br>Fax:  (314) 802-3936 <br>gregg.lemley@ogletree.com <br>brad.tharpe@ogletree.com | */s/ Richard Z. Wolf (with permission)* <br>Brian M. Wacker, #61913(MO) <br>Justin A. Welply, #65262(MO) <br>SmithAmundsen, LLC <br>120 S. Central Avenue, Suite 700 <br>St. Louis, MO 63105 <br>Tel: (314) 719-3700 <br>Fax: (314) 719-3710 <br>bwacker@salawus.com <br>jwelply@salawus.com |

<div style="column-count:2">

Daniel P. O'Meara, PA #53535 (PHV)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1735 Market Street, Suite 3000
Philadelphia, PA 19103
Tel: (215) 995-2833
Fax: (215) 995-2801
dan.omeara@ogletree.com

Justin A. Allen, IN #31204-49 (PHV)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN 46202
Tel: (317) 916-1300
Fax: (317) 916-9076
justin.allen@ogletree.com

*Attorneys for Plaintiffs*

Richard Z. Wolf, IL #6301209 (PHV)
Matthew R. Barrett, IL #6308549 (PHV)
Horwood Marcus & Berk Chartered
500 W. Madison Avenue, Suite 3700
Chicago, IL 60661
Tel: (312) 606-3200
Fax: (312) 606-3232
rwolf@hmblaw.com
mbarrett@hmblaw.com

*Attorneys for Defendants*

</div>

**CERIFICATE OF SERVICE**

I hereby certify that on November 2, 2021, the foregoing was filed through the Court's ECF/CM system which made service on all registered participants.

/s/ Justin A. Allen