UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARITZ HOLDING, INC. and.<br>MARITZ MOTIVATION INC., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )    Case No. 4:21-cv-438-MTS<br>) |
| DREW CARTER, *et al.*, | )<br>) |
| Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED** that all currently pending case deadlines are vacated, and any pending motions are denied without prejudice.

**IT IS FURTHER ORDERED** that counsel shall file, within forty-five (45) days of the date of this order a Joint Motion for Entry of Permanent Injunction, stipulation for dismissal, or a status update on a settlement. Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

Dated this 2nd day of November, 2021

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE